Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.

---

GUMBINSKY BROS. COMPANY, Respondent, *v.* ARTHUR SMALLEY et al., Copartners Trading as EDWIN BUTTERWORTH & Co., Appellants.

*Contract — sale — action for breach of contract of sale — defense that quality was unsatisfactory.*

*Gumbinsky Bros. Co.* v. *Smalley*, 203 App. Div. 661, affirmed.
(Argued March 21, 1923; decided April 17, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 26, 1922, affirming a judgment in favor of plaintiff entered upon a verdict. The action was to recover for breach of contract for the purchase of paper stock. The defense was that the quality of the stock shipped under the contract was unsatisfactory.

*Abel E. Blackmar* and *Charles D. Ridgway* for appellants.

*I. Maurice Wormser,* *Leonard Acker* and *Joseph Dannenburg* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.

---

WILLIAM B. BREWSTER, Respondent; *v.* THE TAX LEAGUE OF AMERICA, INC., Appellant.

*Contract — services — master and servant — action to recover for services — defense that employment and remuneration was dependent upon success and that having failed nothing was due.*

*Brewster,* v. *Tax League of America*, 203 App. Div. 481, affirmed.
(Argued March 21, 1923; decided April 17, 1923.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered November 21, 1922, affirming a judgment in favor of plaintiff entered upon a verdict  The action was

brought to recover for services alleged to have been performed by the plaintiff for the defendant in organizing a league for reforming the present system of taxation in the United States, and known as the Sales Tax League. The defense was that plaintiff's employment and remuneration was dependent entirely upon the success of his organization and propaganda work, and that having failed there was no sum due the plaintiff from the defendant.

*Herman Aaron* and *Charles Adkins Baker* for appellant.
*William P. McCool* and *Newton W. Gilbert* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, McLAUGHLIN, CRANE and ANDREWS, JJ.

---

WILLIAM S. LEEDS, Appellant, *v.* MARY E. JOYCE, Respondent.

*Husband and wife — action to annul marriage — sufficiency of evidence to establish common-law marriage.*

Leeds v. Joyce, 202 App. Div. 696, affirmed.
(Argued March 21, 1923; decided April 17, 1923.)

APPEAL, by permission, from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered August 10, 1922, unanimously affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term. The action was to annul a marriage upon the ground that defendant at the time of the ceremony was married to another man. The testimony established that the plaintiff was fully cognizant of all the facts and circumstances in connection with the defendant's first marriage and her divorce from her former husband, and that after the obstacle to their marriage had been removed they continued living together as man and wife and held themselves out to be a lawfully married couple. The Appellate Division held that under these